

ENTERED
06/28/2011

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JAMES A. WHITSON, JR. | § | CASE NO. 09-34979-H5-7 |
| | § | |
| DEBTOR | § | CHAPTER 7 |

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

CAME ON FOR CONSIDERATION, the Application for Authority to Employ Accountants filed by Ronald J. Sommers, Trustee ("Trustee"), it is

ORDERED, ADJUDGED and DECREED, that the Trustee be and is hereby authorized to employ Munshi CPA. P.C., as accountant in this case, said employment to be effective on the 28th day of May, 2011.

The professional services that Munshi CPA, P.C., is to render are the preparation of Federal Income Tax Returns and financial records related thereto for the Trustee. It is necessary for the Trustee to employ an accountant for such professional services.

Applicant shall be compensated for the purposes of providing tax preparation and accounting services subject to the approval of this Court after application, notice, and opportunity for hearing.

Signed the 27 day of June, 2011.

_____
UNITED STATES BANKRUPTCY JUDGE